# United States Court of Appeals
## For the First Circuit

No. 06-2284

MARTA CARRASQUILLO; GILBERTO RIVERA-RIVERA;
CONJUGAL PARTNERSHIP RIVERA-CARRASQUILLO,
Plaintiffs, Appellants,

v.

COMMONWEALTH OF PUERTO RICO, through its Justice Department;
DEPARTMENT OF CORRECTIONS AND REHABILITATION;
MIGUEL PEREIRA-CASTILLO, Secretary and Administrator of the
Department of Corrections and Rehabilitation and the
Corrections Administrator; JORGE L. RAÍCES, Assistant to the
Secretary; CARIDAD COLÓN-TORRES, Human Resources Officer;
RAFAEL SANTIAGO-TORRES, Sub-Secretary of the Department of
Corrections and Rehabilitation; NORBERTO JIMÉNEZ-BURGOS,
Special Assistant to the Secretary and in his personal/
individual capacity,
Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on June 28, 2007 is amended as follows:

On page 6, line 2: Replace "a facts" with "a fact"